IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES T. DENT                                                                                         PLAINTIFF

VS.                                                   CIVIL ACTION NO. 5:12-CV-142-DCB-MTP

CAROLYN W. COLVIN
Commissioner of Social Security Administration                                  DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court, and that the Commissioner's Motion to Affirm[15] should be granted and the denial of benefits affirmed.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court.

SO ORDERED this the ___24th___ day of March, 2014.


                                                                                      ___s/ David Bramlette_____
                                                                                      UNITED STATES DISTRICT JUDGE